| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Kevin G. McDonald
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Global Lending Services, LLC

In Re:
    Nikisha D. Parker,
    Demont M. Parker

Order Filed on March 12, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No: 18-31743 JNP

Chapter: 7

Hearing Date: March 12, 2019 at 10:00 A.M
Judge: Jerrold N. Poslusny Jr.

| Recommended Local Form | ☐ Followed | ☐ Modified |
| --- | --- | --- |

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: March 12, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of <u>Global Lending Services, LLC</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐     Real Property More Fully Described as:

■     Personal Property More Fully Describes as: **2014 Kia Rio, VIN: KNADN4A33E6397451,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 18-31743-JNP
Demont M Parker                                                                     Chapter 7
Nikisha D Parker
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Mar 12, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2019.
db/jdb         +Demont M Parker,   Nikisha D Parker,   1595 Neptune Ter,   Vineland, NJ 08360-2639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2019 at the address(es) listed below:
              Joseph   Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Kevin Gordon McDonald    on behalf of Creditor   Global Lending Services, LLC
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Seymour   Wasserstrum    on behalf of Debtor Demont M Parker mylawyer7@aol.com,   ecf@seymourlaw.net
              Seymour   Wasserstrum    on behalf of Joint Debtor Nikisha D Parker mylawyer7@aol.com,
               ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5