Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                    Case No.:  18−31743−JNP
                    Chapter:  7
                    Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Demont M Parker | Nikisha D Parker |
| --- | --- |
| 1595 Neptune Ter | 1595 Neptune Ter |
| Vineland, NJ 08360 | Vineland, NJ 08360 |

Social Security No.:
  xxx−xx−3808                                xxx−xx−0931

Employer's Tax I.D. No.:

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Joseph Marchand is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 27, 2019</u>                <u>Jerrold N. Poslusny Jr.</u>
                                          Judge, United States Bankruptcy Court